UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**TEEN CHALLENGE OF**
**NEW ENGLAND, INC.,**
        **Plaintiff**

**V.**                                                            CR 05-30167-MAP

**THE UNITED STATES OF AMERICA,**
        **Defendant**

<u>ORDER</u>

July 21, 2005

**PONSOR, D.J.**

    The above captioned case was filed on July 19, 2005. The court notes from the complaint that the plaintiff's usual place of business is located in Brockton, Massachusetts, which is not within the Western Division of the District of Massachusetts. It is hereby ordered that this case be transferred to the Eastern Division in Boston for reassignment by the clerk.

    It is so ordered.

                                                        /s/Michael A. Ponsor
                                                        United States District Judge