THE UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COURT FILE NO.05-30167-JLT

Teen Challenge of New England, Inc.
Plaintiff

Vs.

The United States of America

### Notice of Voluntary Dismissal

Now comes the Plaintiff Teen Challenge of New England, Inc. and voluntarily dismisses the above referenced matter.

Respectfully Submitted,

The Plaintiff, Teen Challenge of New England, Inc.

By: _____

Bradford R. Martin, Jr., Esquire
BBO# 322260
Martin, Downey & Steiger, P.C.
1500 Main Street, Suite 1410
P.O. Box 15628
Springfield, MA 01115-5628

413 214-6080
413 214-6085 fax
email bmartin@martindowneysteiger.com